**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Juan Moreno,

Plaintiff,

v.

Hezghiahoo Aharon Investment Inc., et al.

Defendants.

Case No. CV 13-7439 DMG (VBKx)

**JUDGMENT**

This Court having granted the motion by Plaintiff Juan Moreno for default judgment by order dated August 22, 2014 [Doc. # 23],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff against Defendant Hezghiahoo Aharon Investment Inc.in the following amount: $4,000. Plaintiff shall recover costs in the sum of $550 and attorneys' fees in the amount of $1,700.

Defendant is enjoined, to the extent it has the legal right to do so, to provide card readers compliant with the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, at the United Oil gas station located at 877 S. Ventura Road, Oxnard, California.

**IT IS SO ORDERED.**

DATED: August 22, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Fiscal Services